Opinion issued February 23,
2012.








 



 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00826-CV

____________

 

WOO KYUNG LEE AND JUNG LEE JONES PARTNERSHiP, Appellant

 

V.

 

KWIK INDUSTRIES, INC.,
Appellee

 

 

 



On Appeal from the 151st District Court 

Harris County, Texas

Trial Court Cause No. 2004-17862

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed July 6, 2011.  On January 20, 2012, the parties filed a joint
motion to dismiss the appeal. See Tex. R. App. P. 42.1. 

The motion is granted and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We dismiss any other pending motions as moot.
 The Clerk is directed to issue mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P.
18.1.

                                                PER CURIAM

 

Panel consists of Justices
Jennings, Massengale, and Huddle.